```
                    THIS ORDER IS
                    APPROVED.
```

LAW OFFICE OF CHERYL K. COPPERSTONE, P.C.
252 WEST INA ROAD SUITE 203    Dated: November 23, 2009
TUCSON, AZ. 85704
(520) 628-8888



CHERYL K. COPPERSTONE
Bar No. 015009                  **JAMES M. MARLAR**
Attorney for Debtors            Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 4:09-bk-09159-JMM |
|---|---|
| JAY R. GERSTEL | Chapter 13 |
| Debtors. | STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN |

    The Debtors' Chapter 13 plan and Application for Payment of Administrative Expense (the "Plan") having been filed on May 15, 2009, and properly noticed to all creditors and parties-in-interest, a copy of which is attached hereto as Exhibit A and incorporated herein by this reference, and objections having been filed by (1) the Trustee, Dianne C. Kerns, (2) BAC Home Loans. The objections having been resolved as indicated below and good cause appearing,

    IT IS ORDERED, ADJUDGED AND DECREED that the Plan is confirmed as proposed :

1. <u>PAYMENT AND LENGTH OF PLAN</u>**:**

    Debtor shall pay $ **370.00** per month to the Chapter 13 Trustee starting **May 30, 2009** for approximately **49** months.

2. <u>PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT)</u>:

    A. Cheryl K. Copperstone shall be paid $3,399.00 for unpaid attorneys fees and costs.

    B. The A.D.O.R. shall be paid pursuant to their proof of claim in the amount of $57.56.

3. <u>ARREARAGE CLAIMS:</u>

    None.

4. <u>SECURED CLAIMS:</u>

None.

IT IS FURTHER ORDERED that the Debtors must seek court approval prior to purchasing or selling any real property or incurring any debt out of the ordinary course;

IT IS FURTHER ORDERED that the Plan will be administered to provide that allowed, timely-filed, unsecured claims shall share a pro-rata share of available Plan funding; and

IT IS FURTHER ORDERED that the Trustee's compensation is not fixed, but paid as set by 28 U.S.C. § 586(e)(1)(B) and (e)(2) not to exceed a maximum of ten percent (10%).

DATED: _____

_____
UNITED STATES BANKRUPTCY JUDGE

/s/ DCK
Dianne C. Kerns
Chapter 13 Trustee


/s/ CKC
Cheryl K. Copperstone
Attorney for Debtors

| | |
|---|---|
| 1 | PLAN ANALYSIS |

2  DEBTOR: _____

3  PRIOR:   Bankruptcy   ( )      Chapter 13 ( )  Date: _____

4  ESTIMATED LENGTH OF PLAN: _____ MONTHS

*Trustee Use*:
341(a) Meeting Date: _____
Continued: _____
Confirmed Date: _____

TOTAL DEBT PROVIDED FOR UNDER THE PLAN PLUS ADMINISTRATIVE EXPENSES

| | | | |
|---|---|---|---|
| A. | TOTAL PRIORITY CLAIMS | | |
| | 1. UNPAID ATTORNEY FEES | $ 3,399.00 | |
| | 2. TAXES | $ 57.56 | |
| | 3. OTHER | $ 0.00 | |
| B. | TOTAL OF PAYMENTS TO CURE DEFAULTS | $ 0.00 | |
| C. | TOTAL OF PAYMENTS ON SECURED DEBTS | $ 0.00 | |
| D. | TOTAL OF PAYMENTS ON GENERAL UNSECURED | $ 12,860.44 | |
| E. | SUB-TOTAL | $ 16,317.00 | |
| F. | TOTAL TRUSTEE'S COMPENSATION | $ 1,813.00 | |
| G. | TOTAL DEBT AND ADMINISTRATIVE EXPENSES | $ 18,130.00 | |

RECONCILIATION WITH CHAPTER 7

H. INTEREST OF GENERAL UNSECURED CREDITORS IF CHAPTER 7 FILED

| | | |
|---|---|---|
| 1. | Value of Debtor's interest in non-exempt property | $14,788.00 |
| 2. | Plus value of Property recoverable under avoid powers | $0.00 |
| 3. | Less estimated Chapter 7 administrative expenses | $2,228.80 |
| 4. | Less amounts payable to priority creditors other than costs of administration | $0.00 |
| 5. | Equals estimated amount payable to general unsecured creditors if Chapter 7 filed | $12,559.20 |

I.  ESTIMATED DIVIDEND FOR GENERAL UNSECURED
    CREDITORS UNDER CHAPTER 7                                          $12,559.20

J.  SECTION 1325(b) ANALYSIS
    1.  Amount of Line 58 of Statement of C.M.I.                       $0.00
    2.  Applicable Commitment Period
    3.  Amount Required to be paid to unsecured creditors              $0.00

K.  ESTIMATED DIVIDEND UNDER PLAN                                      $12,860.44

• IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THE PLAN ANALYSIS, THE PROVISIONS OF THE PLAN AS CONFIRMED CONTROL.